KENNETH G. EADE (SBN 93774)
keneade@gmail.com
LAW OFFICE OF KENNETH G. EADE
6399 Wilshire Blvd., Suite 507
Los Angeles, CA  90048
Telephone:  (323) 782-8802
Facsimile:  (323) 704-3539

Attorney for Plaintiff
IZAK ENGELBRECHT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IZAK ENGELBRECHT,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SERVICES, INC., et al.,<br><br>    Defendants. | Case No. EDCV12-1547-VAP (OPx)<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**<br><br>Date:       None<br>Time:       None<br>Courtroom:  2<br>Judge:      Hon. Virginia A. Phillips |
|---|---|

TO:  THE CLERK, THIS HONORABLE COURT, AND ALL PARTIES:

PLEASE TAKE NOTICE that this case has been settled between the Plaintiff IZAK ENGELBRECHT and the Defendant EQUIFAX INFORMATION SERVICES, LLC, the terms of which are confidential.  The settlement agreement is in the process of being executed and a Request for Dismissal will follow upon execution.

Dated:  November 19, 2012.

                                              /s/ Kenneth Eade
                                      KENNETH G. EADE (SBN 93774)
                                      Attorney for Plaintiff,
                                      IZAK ENGELBRECHT

Case 5:12-cv-01547-JGB-OP   Document 45   Filed 11/19/12   Page 2 of 3   Page ID #:819

*Izak Engelbrecht vs. Experian Info. Svcs, Inc. et al.*
USDC – CA Central Dist., Case No. EDCV12-1547 VAP (OPx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action, my business address is 6399 Wilshire Blvd., Suite 507, Los Angeles, California 90048.

On November 19, 2012, I served the foregoing documents described as:

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

See attached Service List.

☒ BY CM/ECF: The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of the above-described document.

☒ BY U.S. MAIL: I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firms practice for collecting and processing correspondence for mailing. On the same day that correspondence or other service document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage thereon fully prepaid.

☒ BY ELECTRONIC TRANSMISSION – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the above service list using the e-mail address(es) indicated.

Executed this 19th day of November, 2012, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

                                    /s/ Nichelle Guzmán
                                  NICHELLE GUZMAN

*Izak Engelbrecht vs. Experian Info. Svcs, Inc. et al.*
USDC – CA Central Dist., Case No. EDCV12-1547 VAP (OPx)

# SERVICE LIST

<u>Counsel for Defendant EXPERIAN INFORMATION SERVICES, INC.</u>

Via CM/ECF

Sarah G. Conway
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300

Email:  sgconway@jonesday.com
Phone:  213-489-3939
Facsimile:  213-243-2539

<u>Local Counsel for Defendant TRANS UNION, LLC</u>

Via CM/ECF

Don Bradley
Musick Peeler & Garrett
650 Town Center Drive
Costa Mesa, CA  92626

Email:  d.bradley@mpglaw.com
Phone:  714-668-2400
Facsimile:  714-668-2490

<u>Co-Counsel for Defendant TRANS UNION, LLC</u>

Via U.S. Mail & Email

Paul W. Sheldon
Strasburger & Price, LLP
2801 Network Boulevard, Suite 600
Frisco, TX  75034

Email:  Paul.Sheldon@strasburger.com
Phone:  (469) 287-3955
Fax:  (469) 227-6574

<u>Counsel for Defendant EQUIFAX INFORMATION SERVICES, LLC</u>

Via CM/ECF

Thomas Quinn, Jr.
Nokes and Quinn
410 Broadway, Suite 200
Laguna Beach, CA 92651

Email:  tquinn@nokesquinn.com
Phone:  949-376-3500
Facsimile:  949-376-3070