```
1  KENNETH G. EADE (SBN 93774)
   keneade@gmail.com
2  LAW OFFICE OF KENNETH G. EADE
   6399 Wilshire Blvd., Suite 507
3  Los Angeles, CA  90048
   Telephone:  (323) 782-8802
4  Facsimile:  (323) 704-3539
5
   Attorney for Plaintiff
6  IZAK ENGELBRECHT
7
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| IZAK ENGELBRECHT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION<br>SERVICES, INC., et al.,<br><br>　　　　　Defendants. | Case No. EDCV12-1547-VAP (OPx)<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC**<br><br>Date:　　　None<br>Time:　　　None<br>Courtroom:　2<br>Judge:　　Hon. Virginia A. Phillips |
|---|---|

TO:  THE CLERK, THIS HONORABLE COURT, AND ALL PARTIES:

　　PLEASE TAKE NOTICE that this case has been settled between the Plaintiff IZAK ENGELBRECHT and the Defendant TRANS UNION, LLC, the terms of which are confidential.  The settlement agreement is in the process of being executed and a Request for Dismissal will follow upon execution.

Dated:  November 29, 2012.

　　　　　　　　　　　　　　　　　　　　／s／ Kenneth Eade
　　　　　　　　　　　　　　　　　　KENNETH G. EADE (SBN 93774)
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　IZAK ENGELBRECHT

- 1 -
NOTICE OF SETTLEMENT - TRANS UNION, LLC

*Izak Engelbrecht vs. Experian Info. Svcs, Inc. et al.*
USDC – CA Central Dist., Case No. EDCV12-1547 VAP (OPx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action, my business address is 6399 Wilshire Blvd., Suite 507, Los Angeles, California 90048.

On November 29, 2012, I served the foregoing documents described as:

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

See attached Service List.

☒ BY CM/ECF: The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of the above-described document.

☒ BY U.S. MAIL: I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firms practice for collecting and processing correspondence for mailing. On the same day that correspondence or other service document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage thereon fully prepaid.

☒ BY ELECTRONIC TRANSMISSION – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the above service list using the e-mail address(es) indicated.

Executed this 29th day of November, 2012, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

              /s/ Nichelle Guzmán    
           NICHELLE GUZMAN

*Izak Engelbrecht vs. Experian Info. Svcs, Inc. et al.*
USDC – CA Central Dist., Case No. EDCV12-1547 VAP (OPx)

# SERVICE LIST

<u>Counsel for Defendant EXPERIAN INFORMATION SERVICES, INC.</u>       Via CM/ECF

| | |
|---|---|
| Sarah G. Conway | Email: sgconway@jonesday.com |
| Jones Day | Phone: 213-489-3939 |
| 555 South Flower Street | Facsimile: 213-243-2539 |
| Fiftieth Floor | |
| Los Angeles, CA 90071-2300 | |

<u>Local Counsel for Defendant TRANS UNION, LLC</u>       Via CM/ECF

| | |
|---|---|
| Don Bradley | Email: d.bradley@mpglaw.com |
| Musick Peeler & Garrett | Phone: 714-668-2400 |
| 650 Town Center Drive | Facsimile: 714-668-2490 |
| Costa Mesa, CA 92626 | |

<u>Co-Counsel for Defendant TRANS UNION, LLC</u>       Via U.S. Mail & Email

| | |
|---|---|
| Paul W. Sheldon | Email: Paul.Sheldon@strasburger.com |
| Strasburger & Price, LLP | Phone: (469) 287-3955 |
| 2801 Network Boulevard, Suite 600 | Fax: (469) 227-6574 |
| Frisco, TX 75034 | |

<u>Counsel for Defendant EQUIFAX INFORMATION SERVICES, LLC</u>       Via CM/ECF

| | |
|---|---|
| Thomas Quinn, Jr. | Email: tquinn@nokesquinn.com |
| Nokes and Quinn | Phone: 949-376-3500 |
| 410 Broadway, Suite 200 | Facsimile: 949-376-3070 |
| Laguna Beach, CA 92651 | |