# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZAK ENGELBRECHT,<br><br>            Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SERVICES, INC., et al.,<br><br>            Defendants. | Case No. 5:12-cv-1547-JGB (OPx)<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE**<br><br>Judge:     Hon. Jesus G. Bernal |

The Court having considered the Joint Stipulation of Dismissal of Defendant EXPERIAN INFORMATION SOLUTIONS, INC. with Prejudice:

**IT IS HEREBY ORDERED THAT:**

1. Defendant EXPERIAN INFORMATION SOLUTIONS, INC., erroneously sued as EXPERIAN INFORMATION SERVICES, INC., is hereby dismissed with prejudice from this action.

2. Each Party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: 1/29/13

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

- 1 -

ORDER ON STIPULATION FOR DISMISSAL OF DEF EXPERIAN WITH PREJUDICE